# ELECTRONIC RECORD

COA # 02-13-00016-CR          OFFENSE: 1.01

STYLE: Josey Wales Parks v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:     AFFIRM          TRIAL COURT: County Criminal Court No. 9

DATE: 09/08/2014          Publish: NO     TC CASE #:     1263051

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Josey Wales Parks v. The State of Texas          CCA #: 1597-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _04/15/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**